**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-7677**

─────────────

EMMETT MADISON GRAHAM, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; PATRICIA R. STANSBERRY,

Respondents - Appellees.

─────────────

**No. 06-7726**

─────────────

EMMETT MADISON GRAHAM, JR.,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; PATRICIA R. STANSBERRY,

Respondents - Appellees.

─────────────

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:06-hc-02076-FL)

─────────────

Submitted: February 15, 2007          Decided:  February 22, 2007

———————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emmett Madison Graham, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Madison Graham, Jr., a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition, motion for reconsideration, and motion for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graham v. United States, No. 5:06-hc-02076-FL (E.D.N.C. June 5, 2006; Sept. 6 & 28, 2006). We deny Graham's motions for an injunction, to appoint counsel, and for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED